# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Creatura, J. Richard | U.S. District Court - Western District of Washington | 05/11/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - (FT) | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
1717 Pacific Ave.
Tacoma, WA 98402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager ( corporation) | JJC & LMC, L.L.C. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2010 | Gordon Thomas Honeywell Malanca Peterson and Daheim, LLP retirement payments |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Creatura, J. Richard | 05/11/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creatura, J. Richard** | 05/11/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creatura, J. Richard** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Individual Assets (H) | | | | | | | | | |
| 2.  Columbia Bank Accounts (cash) | A | Interest | L | T | | | | | |
| 3.  Account #1 (H) | | | | | | | | | |
| 4.  American Growth Fd of America F2 (GFFFX) (X) | | None | L | T | | | | | |
| 5.  Blackstone REIT | D | Dividend | M | T | | | | | |
| 6.  Account #2 (H) | | | | | | | | | |
| 7.  Bank Deposit Program Morgan Stanley Bank N.A. (cash) | A | Interest | M | T | | | | | |
| 8.  IShares Tips Bond ETF (TIP) | C | Dividend | N | T | | | | | |
| 9.  SPDR Gold Tr Gold Shs (GLD) | | None | K | T | Buy | 03/06/20 | K | | |
| 10. Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | L | T | | | | | |
| 11. Vanguard Sm Cap ETF (VB) | A | Dividend | K | T | | | | | |
| 12. Vanguard Value ETF Index (VTV) | B | Dividend | L | T | Buy | 03/09/20 | L | | |
| 13. American Europacific Growth F2 (AEPFX) | A | Dividend | M | T | Buy (add'l) | 02/11/20 | K | | |
| 14. American Growth Fd of America F2 (GFFFX) | E | Dividend | N | T | Sold (part) | 02/11/20 | L | D | |
| 15. Blackrock Equity Dividend I (MADVX) | E | Dividend | N | T | Sold (part) | 02/11/20 | K | | |
| 16. Calamos Market Neutral Inc I (CMNIX) | A | Dividend | L | T | | | | | |
| 17. First Eagle Overseas I (SGOIX) | A | Dividend | M | T | Buy (add'l) | 02/11/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creatura, J. Richard** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Income Adv (FRIAX) | D | Dividend | M | T | | | | | |
| 19. Invesco Opp Intl Bd Y (OIBYX) | A | Dividend | | | Sold | 01/02/20 | L | B | |
| 20. JP Morgan Mid Cap Value I (JMVSX) | D | Dividend | M | T | | | | | |
| 21. Pimco Total Return I2 (PTTPX) | E | Dividend | N | T | | | | | |
| 22. Templeton Global Bond Fd Adv (TGBAX) | A | Dividend | | | Buy | 01/02/20 | L | | |
| 23. | | | | | Sold | 03/06/20 | L | | |
| 24. Thornburg Inv Inc Builder I (TIBIX) | D | Dividend | M | T | | | | | |
| 25. Virtus Nwflt Mult-Sector S/T Bd I (PIMSX) | D | Dividend | N | T | | | | | |
| 26. Account #3 (H) | | | | | | | | | |
| 27. SPDR Gold TR Gold SHS (GLD) | | None | J | T | Buy (add'l) | 03/06/20 | J | | |
| 28. Vanguard Real Estate ETF (VNQ) | A | Dividend | | | Buy | 01/17/20 | J | | |
| 29. | | | | | Sold | 08/04/20 | J | | |
| 30. Vanguard Sm Cap ETF (VB) | A | Dividend | J | T | | | | | |
| 31. Vanguard Value ETF Index (VTV) | A | Dividend | J | T | Buy | 03/09/20 | J | | |
| 32. American Europacific Growth F2 (AEPFX) | A | Dividend | J | T | | | | | |
| 33. American Growth Fd of America F2 (GFFFX) | A | Dividend | K | T | | | | | |
| 34. Blackrock High Eq Inc I (BMCIX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creatura, J. Richard** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Calamos Market Neutral Inc I (CMNIX) | A | Dividend | J | T | | | | | |
| 36.   Diamond Hill Large Cap I (DHLRX) | A | Dividend | K | T | | | | | |
| 37.   Invesco Opp Intl Bd Y (OIBYX) | A | Dividend | | | Sold | 01/02/20 | J | A | |
| 38.   PGIM Short Term Corp Bond Z (PIFZX) | A | Dividend | J | T | | | | | |
| 39.   Pimco Total Return I2 (PTTPX) | A | Dividend | J | T | | | | | |
| 40.   Templeton Global Bd Fd Adv (TGBAX) | A | Dividend | J | T | Buy | 01/02/20 | J | | |
| 41. | | | | | Sold | 03/06/20 | J | | |
| 42. | | | | | Buy | 08/04/20 | J | | |
| 43.   Thornburg Intl Value I (TGVIX) | A | Dividend | J | T | | | | | |
| 44.   Thornburg Inv Inc Builder I (TIBIX) | A | Dividend | J | T | | | | | |
| 45.   Voya Global Real Estate A (IGLAX) | A | Dividend | | | Sold | 01/17/20 | J | | |
| 46.   Account #4 (H) | | | | | | | | | |
| 47.   Blackstone REIT | C | Dividend | L | T | | | | | |
| 48.   Account #5 (H) | | | | | | | | | |
| 49.   Bank Deposit Program Morgan Stanley<br>Bank NA (cash) | A | Interest | M | T | | | | | |
| 50.   American AmCAP A Common (AMCPX) | D | Dividend | M | T | Sold<br>(part) | 07/01/20 | J | A | |
| 51.   Invesco Equal Wghtd S&P 500 Mutual Fund<br>(VADAX) | D | Dividend | M | T | Sold<br>(part) | 07/01/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creatura, J. Richard** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Invesco Equity and Income A (ACEIX) | A | Dividend | | | Sold | 07/01/20 | K | B | |
| 53.  Invesco Global Healthcare A Mutual Fund (GGHCX) | D | Dividend | M | T | Sold (part) | 03/13/20 | L | | |
| 54. | | | | | Sold (part) | 07/01/20 | J | B | |
| 55.  MS Insight A (CPOAX) | D | Dividend | M | T | Sold (part) | 07/01/20 | J | C | |
| 56.  MSIF Growth A (MSEGX) | D | Dividend | M | T | | | | | |
| 57.  Account #6 (H) | | | | | | | | | |
| 58.  Bank Deposit Program Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 59.  SPDR Gold TR Gold SHS (GLD) | | None | J | T | | | | | |
| 60.  Vanguard Real Estate ETF (VNQ) | A | Dividend | | | Sold | 08/04/20 | J | B | |
| 61.  Vanguard Sm Cap Growth ETF (VBK) | A | Dividend | K | T | | | | | |
| 62.  Vanguard Sm Cap ETF (VB) | A | Dividend | K | T | | | | | |
| 63.  Vanguard Value ETF Index (VTV) | B | Dividend | L | T | | | | | |
| 64.  American Balanced F2 (AMBFX) | B | Dividend | L | T | | | | | |
| 65.  American Europacific Growth F2 (AEPFX) | A | Dividend | K | T | | | | | |
| 66.  American Growth Fd of America F2 (GFFFX) | C | Dividend | L | T | | | | | |
| 67.  BNY Mellon GLB Fixed Inc I (SDGIX) | A | Dividend | | | Sold | 08/06/20 | K | B | |
| 68.  Calamos Market Neutral Inc I (CMNIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creatura, J. Richard** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. First Eagle Overseas I (SGOIX) | A | Dividend | K | T | | | | | |
| 70. JP Morgan Mid Cap Value I (JMVSX) | C | Dividend | L | T | | | | | |
| 71. Templeton Global Bd Fd Adv (TGBAX) | A | Dividend | K | T | Buy | 08/04/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 08/06/20 | K | | |
| 73. Virtus Nwflt Mult-Sector S/T Bd I (PIMSX) | B | Dividend | K | T | | | | | |
| 74. Account #7 (H) | | | | | | | | | |
| 75. Bank Deposit Program Morgan Stanley Bank NA (cash) | A | Interest | M | T | | | | | |
| 76. Capital One Bank, N.A. (cash) | B | Interest | | | Redeemed | 12/29/20 | L | | |
| 77. MSILF Govt Ptf Inst (MVRXX) (cash equiv) | A | Dividend | L | T | | | | | |
| 78. Account #8 (H) | | | | | | | | | |
| 79. Bank Deposit Program Morgan Stanley Bank NA (cash) (X) | A | Interest | J | T | | | | | |
| 80. American Europacific Growth A. Mutual Fund (AEPGX) | A | Dividend | K | T | | | | | |
| 81. American Smallcap World A (SMCWX) | A | Dividend | J | T | | | | | |
| 82. American Washington Mutual A Common (AWSHX) | B | Dividend | K | T | | | | | |
| 83. Putnam Equity Income A (PEYAX) | B | Dividend | K | T | | | | | |
| 84. Account #9 (H) | | | | | | | | | |
| 85. Bank Deposit Program Morgan Stanley Bank NA (cash) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creatura, J. Richard** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. American Europacific Growth A. Mutual fund (AEPGX) | A | Dividend | J | T | | | | | |
| 87. American Smallcap World A (SMCWX) | A | Dividend | J | T | | | | | |
| 88. American Washington Mutual A Common (AWSHX) | A | Dividend | K | T | | | | | |
| 89. Putnam Equity Income A (PEYAX) | A | Dividend | K | T | | | | | |
| 90. Account #10 (H) | | | | | | | | | |
| 91. Invesco Equal Wghtd S&P 500 Mutual Fund (VADAX) | C | Dividend | L | T | Sold<br>(part) | 06/30/20 | K | B | |
| 92. Account #11 (H) | | | | | | | | | |
| 93. Bank Deposit Program Morgan Stanley Bank NA (cash) | A | Interest | J | T | | | | | |
| 94. SPDR Gold TR Gold SHS (GLD) | | None | K | T | | | | | |
| 95. Vanguard FTSE Developed Mkts ETF (VEA) | B | Dividend | L | T | Sold<br>(part) | 05/18/20 | K | | |
| 96. Vanguard Sm Cap ETF (VB) | A | Dividend | L | T | Sold<br>(part) | 05/18/20 | J | B | |
| 97. Vanguard Value ETF Index (VTV) | B | Dividend | K | T | Sold<br>(part) | 05/18/20 | L | A | |
| 98. American Balanced F2 (AMBFX) | C | Dividend | L | T | Sold<br>(part) | 05/18/20 | K | B | |
| 99. American Europacific Growth F2 (AEPFX) | A | Dividend | L | T | Sold<br>(part) | 05/18/20 | K | C | |
| 100. BNY Mellon GLB Fixed Inc I (SDGIX) | A | Dividend | | | Sold<br>(part) | 05/18/20 | K | A | |
| 101. | | | | | Sold | 08/06/20 | K | C | |
| 102. Calamos Market Neutral Inc I (CMNIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creatura, J. Richard** | 05/11/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Fidelity Adv New Insights I (FINSX) | D | Dividend | L | T | Sold (part) | 05/18/20 | L | D | |
| 104. Lord Abbett Sht Duration Inc F (LDLFX) | B | Dividend | K | T | Sold (part) | 05/18/20 | K | | |
| 105. Templeton Global Bd Fd Adv (TGBAX) | A | Dividend | K | T | Buy | 08/06/20 | K | | |
| 106. Metropolitan West Tot Ret Bd (MWTIX) | A | Dividend | | | Sold | 01/02/20 | L | C | |
| 107. Thornburg Inv Inc Builder I (TIBIX) | B | Dividend | K | T | | | | | |
| 108. Western Asset Adj Rate Inc I (SBAYX) | B | Dividend | L | T | Buy | 01/02/20 | L | | |
| 109. | | | | | Sold (part) | 05/18/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Creatura, J. Richard** | 05/11/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. Richard Creatura**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544